UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Julian PENA (A97 506 747),
                Petitioners

            COMPLAINT

       -against-

DEPARTMENT OF HOMELAND SECURITY,
THE UNITED STATES CITIZENSHIP & IMMIGRANT
SERVICES and the FEDERAL BUREAU OF
INVESTIGATION,
                Respondents .
-----------------------------------------------------------------X

## PETITION FOR MANDAMUS

To the Honorable Judges of the United States District Court, Southern District of New York: Petitioner, Julian PENA (A97 506 747), herein petitions this Court through this mandamus action to direct the Federal Bureau of Investigations (hereinafter referred to as the "FBI") and the Department of Homeland Security (hereinafter referredto as "DHS") through its branch the United States Citizenship & Immigration Service (hereinafter referred to as "USCIS") to finalize his background checks and petition for permanent residence forthwith.

This action arises from the respondents' violation of Section 6 of the Administrative Procedure Act, and 5 U.S.C. §555(b), and 28 U.S.C. §1331 and 1361.

### JURISDICTION

1.     The Administrative Procedure Act requires that administrative agencies have a duty to decide issues presented to them within a reasonable time. 5 U.S.C. §555(b).

2.     28 U.S.C. §1331 confers jurisdiction on the District Courts to review actions of federal agencies. 28 U.S.C. §1331 note 48. Reviewing courts have a duty to compel agency action unreasonably delayed. Neder v. F.C.C., 50 F.2d 182, 172 U.S. App. D.C. 183 (1975).

3. Furthermore, 28 U.S.C. §1361 provides that "district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

4. Under Rule 81 of the Federal Rules of Civil Procedure, writs of mandamus are abolished: "Relief heretofore available by mandamus ... may be obtained by appropriate action or by appropriate action or by appropriate motion under the practice prescribed in these rules".

5. Section 279 of the Immigration and Nationality Act, 8 U.S.C. Sec 1329 confers jurisdiction upon United States District Courts for review of all cases arising under the Immigration and Nationality Act, and the Administrative Procedures Act provides for judicial review of federal administrative agencies, authorizing the court to compel agency action unlawfully withheld or unreasonably denied.

6. Jurisdiction also lies under the United States Constitution because a benefit has been conferred to the Petitioners and the executive arm of the government is required to assure that the laws are discharged and complied with.

STATEMENT OF FACTS

7. Petitioner, Julian PENA (A97 506 747), a native and citizen of the Domican Republic lived and continues to live in New York, New York. He applied for permanent residence through an application filed with the United States Citizenship and Immigration Service in New York, New York on August 16, 2003 as a spouse of a United States citizen which makes him immediately eligible for permanent residence. See Exhibit "A".

8. Mr. Pena was interviewed with his wife pursuant to the application for permanent residence August 25, 2005 at Garden City, New York. See Exhibit "B".

9. Thereafter Petitioner's case has remained unfinalized. He sought to find out the status of his case on several occasions through inquiries to the USCIS. None of these inquiries resulted in a conclusion of the case. See Exhibit "C". Thereafter the petitioner sought assistance through his Congressional Representative, Charles Rangel. Mr. Rangel's office was advised that the background checks were still outstanding but no further resolution occurred on the case. Following these numerous inquiries about the case, the USCIS has provided no indication that it is willing to adjudicate his petition.

## RELIEF SOUGHT

10. Petitioner faces the possibility that his cases will remain unadjudicated for substantial additional time.

11. Petitioner has sought through numerous inquiries, congressional intervention and self-help to have his case finalized to no avail.

12. Petitioner has no means to compel the USCIS to complete those duties that are required of it by law. All attempts by the Petitioners to have his case finalized have been fruitless indeed.

13. The USCIS and the FBI are the only agency authorized to perform adjudications and the relevant background checks, respectively, and they have failed to do so; the petitioner's petition for adjustment of status has not been completed despite that petitioner has fulfilled all the requirements of the statute and laws and is eligible to become a permanent resident. There is no forum or means other than this mandamus action for petitioner to obtain relief. Because the USCIS case is "pending", petitioner cannot file any appeal within the agency itself, or an administrative appeal.

14. The USCIS and the FBI are statutorily mandated to perform background checks and to

adjudicate permanent resident applications. These procedures must be performed within a reasonable time which has not occurred. More than four years have passed since the petitioner filed his application.

15. Further inaction could seriously harm the petitioner, as he is ineligible for numerous benefits afforded to United States permanent residents. For example, he can not leave the country until he becomes a permanent resident. Consequently, this administrative inertia is actionable, and the U.S. District Court has jurisdiction and the power to compel this agency's action and to compel a final adjudication of the petitioner's application. Jeffrey v. INS, 710 F. Supp. 486 (S.D.N.Y.1989), Environmental Defense Fund, Inc. v. Haden, 428 F.2d 1093, 138 U.S. App.D.C. 391(C.A.D.C. 1970).

WHEREFORE, Petitioner respectfully request through this Mandamus action that the United States Citizenship & Immigration Services and the Federal Bureau of Investigations be directed to immediately finalize the necessary background checks and grant the petitioner permanent residence.

Dated: August 28, 2007

Jennifer Oltarsh
Oltarsh & Associates, P. C.
Attorneys for the Petitioner
494 Eighth Avenue, Suite 1704
New York NY 10001
(212) 944-9420

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

**THE UNITED STATES OF AMERICA**

| Receipt Number: MSC-04-008-13442 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | | |
|---|---|---|---|
| Received Date: August 16, 2003 | Priority Date: | Applicant: | A097506747 PENA, JULIAN |
| Notice Date: October 10, 2003 | Page 1 OF 1 | ASC Code: | 3 |

ROY SMITH
510 W 157 ST STE 6F
NEW YORK, NY 10032

Notice Type:       Receipt Notice

Amount Received:    $0.00

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: _____
BIOMETRICS QA REVIEW BY: _____
    ON
TENPRINTING QA REVIEW BY: _____
    ON

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| MSC-04-008-13441 | | I-130 - Petition for Alien Relative | |
| Received Date: | Priority Date: | Applicant: | A030977401 |
| August 16, 2003 | | PENA, ANGELA | |
| Notice Date: | Page | ASC Code: | |
| October 10, 2003 | 1 OF 1 | | |

ROY SMITH
510 W 157 ST STE 6F
NEW YORK NY 10032

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $0.00 |

The above application/petition has been received. Please notify us immediately if any of the above information is incorrect. Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



Form I-797C (Rev. 09/07/93) N

Wadsworth
JulianPena60@...
1/5/04

Julian md
Per:

UNITED STATES DEPARTMENT OF JUSTICE
MIGRATION AND NATURALIZATION SERVICE
26 FEDERAL PLAZA
NEW YORK NEW YORK 10278

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

MSC-0400813442
672-0400813442

N° TIP10706015*5NYC    1/17/06       5/4/06    TIP124060114/MSC

OLIVA                                          LUPES

TIP1580600273NYC  6/6/06
ESABE/
TIA1930601449NYC
IGACIO
#8109
Nombre de oficial o
Supervisor que tiene
el caso.
Sara

U.S.I.N.S.
FEE RECEIPT
A CENTURY OF SERVICE

08/21/03              N.Y.C.

O*#
PENA,J #
I 485            * 255.00
FR PRINT         *  50.00
I 765            * 120.00
I 130            * 130.00
SUBTTL             555.00
TTLAMT           555.00
MO                 555.00
CHANGE               0.00

       4 ITEMS

0073002          11:30

#66

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | NOTICE DATE |
|---|---|---|
| CASE TYPE: FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | June 08, 2005 |
| APPLICATION NUMBER: MSC0400813442 | RECEIVED DATE: August 16, 2003 | A 097 506 747 |
| | PRIORITY DATE: August 16, 2003 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS:
JULIAN MD PENA
220 WADSWORTH AVE APT BSMT
NEW YORK NY 10033

PLEASE COME TO: U.S. Citizenship and Immigration Services
711 STEWART AVENUE
2ND FLOOR SECTION 245
GARDEN CITY NY 11530

ON: Thursday, August 25, 2005
AT: 01:02 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

**Who should come with you?**
- If your eligibility is based on your marriage, your husband or wife **must** come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: **Every** adult who comes to the interview **must** bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**What MUST you bring?**
- Bring this Interview Notice.
- Bring your Government-issued photo Identification.
- Bring **all** your Passports and **any other** documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring **all** documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?")
- Bring **all** immigration-related documentation ever issued to you.
- Bring both **originals** and **photocopies** of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for **each** document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**What else should you bring?**
- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate **and** your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for **each** of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate **and** your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, **all** divorce decrees/death certificates for **each** prior marriage/former spouse;
  - Birth Certificates for **all** children of this marriage, and custody papers for your children and for your spouse's children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with **all** required evidence, including the following for **each** of your sponsors:
  - Federal Income Tax returns **and** W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay **and** average weekly hours, **and** pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for **each** arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating th

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT**, even if you do not have all the listed items. If an **emergency**, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

APPLICANT COPY



CHARLES B. RANGEL
15TH CONGRESSIONAL DISTRICT
NEW YORK

COMMITTEE:
WAYS AND MEANS
RANKING MEMBER

JOINT COMMITTEE ON TAXATION

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3215

☐ 2354 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3215
TELEPHONE: (202) 225-4365

DISTRICT OFFICE:

MS. VIVIAN E. JONES
DISTRICT ADMINISTRATOR

☑ 163 WEST 125TH STREET
NEW YORK, NY 10027
TELEPHONE: (212) 663-3900

PLEASE RESPOND TO
OFFICE CHECKED

June 29, 2006

Ms. Linnea Stuart, Congressional Liaison Supervisor
U.S. Dept. of Homeland Security
United States of Citizenship and Immigration Service
26 Federal Plaza
New York, NY  10278

Dear Sir/Madam:

The following individual has been in contact with our congressional office relative to their immigration issue. We would very much appreciate your looking into this case and advising our office as to the status of this case.

| | |
|---|---|
| NAME/PETITIONER: | ANGELA AMARILIS CARMEN |
| ADDRESS: | 220 WADSWORTH AVENUE, ABSMT.<br>NEW YORK, NY 10033 |
| MAILING ADDRESS: | NONE |
| FORMER ADDRESS: | NONE |
| BENEFICIARY (S): | JULIAN MANUELDE JESUS PENA |
| DOB: | 7/27/60 |
| COB: | DOM.REP. |
| ALIEN REG. NO. | 97 506 747 |
| INFO: | PENDING I-485; INTERVIEWED ON 8/25/2005 AT THE NY/GC WITH DAO MP; A-FILE IS LOCATED IN NY/GC; WE ARE REQUESTING ON BEHALF OF THE APPLICANT THE ADJUDICATION ON THE ABOVE MATTER; PLEASE ADVISE |

Thank you.

Sincerely,

Maritza Sanchez
Staff Assistant/Casework Manager
CHARLES B. RANGEL
Member of Congress

**CHARLES B. RANGEL**
15TH CONGRESSIONAL DISTRICT
NEW YORK

COMMITTEE:
**WAYS AND MEANS**
RANKING MEMBER

JOINT COMMITTEE ON TAXATION

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3215

☐ 2354 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-3215
TELEPHONE: (202) 225-4365

DISTRICT OFFICE:
MS. VIVIAN E. JONES
DISTRICT ADMINISTRATOR

☐ 163 WEST 125TH STREET
NEW YORK, NY 10027
TELEPHONE: (212) 663-3900

PLEASE RESPOND TO
OFFICE CHECKED

June 29, 2006

U.S. Homeland Security
United States Citizenship & Immigration Services
Newark District Office

Dear Sir/Madam:

I, hereby, authorize the Office of Congressman Charles B. Rangel, located at 163 West 125th Street, New York, New York 10027, to secure any and all information relating to my case:

The authorization is given in order that the Congressman's Office might assist me.

Name: _Julian Manuel de Js. Peña_
Address: _220 Wadsworth Ave._
_apt. Bsmt. N.Y. N.Y._

Alien Registeration No. _97 506 747_

I consent to release information to Congressman Rangel's Office:

X _Manuel Peña_

Thank you for your kind attention.

Sincerely,

_[signature]_
Maritza Sanchez
Staff Assistant/Casework Manager
CHARLES B. RANGEL
Member of Congress

# Case Status Search

Receipt Number:   msc0400813442

Application Type:   I485, Application to Register Permanent Residence or to Adjust Status

Current Status:

On January 5, 2004, the results of your fingerprint review for your I485 Application to Register Permanent Residence or to Adjust Status were received, and processing has resumed on your case. We will mail you a notice if further action is needed, or when a decision is made.

---

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375  5283 or 1-800-767-1833 (TTY).

              Mr. Julian M.D. PENA
              220 Wadsworth Ave., Apt. Bsmt.,
              New York, New York 10033 USA
              November 6th, 2006

USCIS
711 Stewart Ave., 2nd Fl.,
Attn: Sec. 245 Unit
Garden City, N.Y. 11530 USA    RE: USCIS FILE NO. A097 506 747
                                      Receipt No. MSC04008813442 (I-485)

     Ref: Inquiry on I-485 Application for Adjustment of Status.

To whom it may concern:
              I appeared with my wife on the 25th of August 2005, at 1:02 P.M. I was interviewed by a DAO, and told that all was found to be satisfactory. To please wait for the fingerprints to clear. I was subsequently requested to have my prints retaken, which I did. I have had no reply from your offices.

              Please be so kind as to review my file, and kindly rendur a decision. I thank the Service for its time and continued cooperation. I remain,

                                                Sincerely,

                                   Julian Manuel De Jesus PENA-
JMDJP:mf                         DOB: 07-27-60; COB: Dominican Republic.
enc.
cc: Ben M. Arai, Esq.,

USCIS Case Status - 11-06-2006 04:34 PM EST                   Page 1




Página Principal | Hotmail | Grupos y Gente | Compras | Messenger | Ayuda    Cerrar Sesión    Búsqueda

**Mortgage Rates Fall Again!**
$620,000 Mortgage for Under $1,999/Month! Calculate New Payment
Select Your State: Alabama    Select Your Credit: Good

 

Hotmail    Hoy | Correo | Calendario | Contactos

julianpena60@hotmail.com    Messenger: En línea

Responder | Responder a todos | Reenviar | Eliminar | No deseado | Colocar en carpeta | Vista de im...     | X | Bandeja de entrada

| | |
|---|---|
| De: | CRIS <USCIS-CRIS@dhs.gov> |
| Enviado el: | Monday, June 04, 2007 2:52:16 PM |
| Para: | JULIANPENA60@HOTMAIL.COM |
| Asunto: | Your recent inquiry (receipt #MSC-04-008-13442) |

```
U.S. Department of Homeland Security
Jacob Javits Federal Building
26 Federal Plaza
New York, NY 10278

U.S. Citizenship and Immigration Services
Monday, June 4, 2007

Emailed to JULIANPENA60@HOTMAIL.COM

Dear M. PENA:

On 05/31/2007 you, or the designated representative shown below, contacted us
about your case.  Some of the key information given to us at that time was the
following:

Caller indicated they are:
 -- Applicant or Petitioner

Attorney Name:
 -- Information not available

Case type:
 -- I485

Filing date:
 -- 08/21/2003

Receipt #:
 -- MSC-04-008-13442

Beneficiary (if you filed for someone else):
 -- PENA, JULIAN, MD

Your USCIS Account Number (A-number):
 -- 097506747

Type of service requested:
 -- Outside Normal Processing Times

The status of this service request is:
```

```
The processing of your case has been delayed.  A check of our records
establishes that your case is not yet ready for decision, as the required
investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your
case.  These background checks are required to be completed on all applicants
who apply for the immigration benefit you are seeking. We will make every effort
to make a decision on this case as soon as the background checks are complete.

If you have any further questions, please call the National Customer Service
Center at 1-800-375-5283.

Please remember:  By law, every person who is not a U.S. citizen and who is over
the age of 14 must also notify the Department of Homeland Security within 10
days from when they move (persons in "A" or "G" nonimmigrant status are exempt
from this requirement). If you have moved, please complete a Form AR-11 and mail
it to the address shown on that form.  If you do not have this form, you can
download it from our website or you can call the National Customer Service
Center at 1-800-375-5283 and we can order one for you.  If you move, please call
us with your new address information as soon as your move is complete.  If you
have already called us and given us this information, you do not need to call
again.



U.S. Citizenship and Immigration Services
```