UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JULIAN PENA,

      Plaintiff,        **ECF CASE**

  v.

                   07 Civ. 7730 (JES)

DEPARTMENT OF HOMELAND SECURITY,
et al.

      Defendants.      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO: Clerk of Court
    United States District Court
    Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date: New York, New York
     September 12, 2007

                       Respectfully submitted,

                       MICHAEL J. GARCIA
                       United States Attorney for the
                       Southern District of New York

              By: /s/_____
                  SERRIN TURNER
                  Assistant United States Attorney
                  86 Chambers Street, 3rd Floor
                  New York, New York 10007
                  Telephone: (212) 637-2701
                  Facsimile: (212) 637-2717
                  Email: serrin.turner@usdoj.gov

TO: Jennifer Oltarsh, Esq.
    494 Eight Avenue, Suite 1704
    New York, NY 10001