

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street, 3rd floor*
*New York, New York 10007*
*Tel: (212) 637-2701*
*Fax: (212) 637-2686*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07

# MEMO ENDORSED

November 8, 2007

RECEIVED
NOV 09 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

       Re:    *Pena v. Department of Homeland Security*,
             07 Civ. 7730 (PKC)

Dear Judge Castel:

       I represent the Government in the above referenced immigration matter, in which an initial conference is currently scheduled for November 30, 2007. Pursuant to vacation plans that I made (and non-refundable airline tickets that I purchased) several months ago, I will be on vacation from November 10, 2007 through December 5, 2007 and consequently will not be available for the conference on the date scheduled. Accordingly, the Government respectfully requests that the conference be adjourned until a date after December 5, 2007. I have consulted with plaintiff's counsel, who consents to this request. This is the Government's first request for an adjournment in the case.

       I thank the Court for its consideration of this request.

                       Respectfully,

                       MICHAEL J. GARCIA
                       United States Attorney for the
                       Southern District of New York

                By: _____
                     SERRIN TURNER
                     Assistant U.S. Attorney

*[Handwritten endorsement:]* Conference scheduled for December 5 is adjourned to December 7, 2007 at 11:45 a.m.

SO ORDERED

*[signature]* P.K.C. U.S.D.J. 11-9-07