USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JULIAN PENA, A#97-506-747,

        Plaintiff,

    v.

DEPARTMENT OF HOMELAND SECURITY, THE
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, and the FEDERAL BUREAU OF
INVESTIGATION,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

07 Civ. 7730 (PKC) (MHD)

ECF CASE

### STIPULATION AND ORDER OF WITHDRAWAL

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

//

//

//

//

//

//

//

//

//

//

Dated: __1/20____, 2008          OLTARSH & ASSOCIATES, P.C.
       New York, New York        Attorney for Plaintiff

                                 _____
                                 JENNIFER MAUDE OLTARSH
                                 494 Eighth Avenue, Suite 1704
                                 New York, NY 10001
                                 Tel: (212) 944-9420
                                 Fax: (212) 944-9120


Dated: __1/28____, 2008          MICHAEL J. GARCIA
       New York, New York        United States Attorney for the
                                 Southern District of New York
                                 Attorney for Defendants

                           By:   _____
                                 SERRIN TURNER
                                 Assistant United States Attorney
                                 86 Chambers Street
                                 New York, New York 10007
                                 Tel.: (212) 637-2701
                                 Fax: (212) 637-2686


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
for Judge Castel

2